IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| STEPHANIE BURES, for herself and on behalf of her minor children, TERRANCE JACKSON, JR., and SAMARI BOSWELL; KIQIANA JACKSON; JESSICA JACKSON: and ARKEYA BLANCHARD, <br><br> Plaintiffs, <br><br> v. <br><br> THE CITY OF CHICAGO; Chicago police officers JERALD WILLIAMS (star #3317); JOSEPH BISZEWSKI (#12014); LIEUTENANT JAMES D. CASCONE (#560); ALFREDO CASTRO (#9609); FERNANDEZ DELGADO; (#6261); MATT DERCOLA (#15740); SAMUEL FLORES (#17305); ZACHARY GAMMONLEY (#15808); F. GARIBAY (#16358); SERGEANT GUNNEL (#2020); KEVIN MCKENDRY (#11564); PAUL MIESZALA (#15179); WASHINGTON MINA (#18599); JONATHAN MORLOCK (#15358); NICHOLAS NESIS (#3329); CHRISTOPHER PASCAL (#11996); VINCENTE PAREDES (#16960); JON PEULECKE (#17167); and PEDRO VIANNA (#3145), <br><br> Defendants. | No. 19-cv-02040 <br><br> Judge: Matthew F. Kennelly |

## AGREED PROTECTIVE ORDER

The parties to this Agreed Protective Order have agreed to the terms of this Order; accordingly, it is ORDERED:

1. Defendant City agrees to produce to Plaintiffs' attorney the most current Chicago Police Department headshots for the following Defendant Officers: JERALD WILLIAMS (STAR #3317); JOSEPH BISZEWSKI (STAR #12014); LIEUTENANT JAMES D. CASCONE (STAR #560), ALFREDO CASTRO (STAR #9609); ENRIQUE DELGADO-FERNANDEZ (STAR #6261); MATT DERCOLA (STAR #15740); SAMUEL FLORES (STAR #17035); ZACHARY GAMMONLEY (STAR #15808); F. GARIBAY (STAR #16358); SERGEANT GUNNELL (STAR #2020); KEVIN MCKENDRY (STAR #11564); PAUL MIESZALA (STAR #15179);

WASHINGTON MINA (STAR #18599); JONATHAN MORLOCK (STAR #15358); NICHOLAS NESIS (STAR #3329); CHRISTOPHER PASCHAL (STAR #11996); VICENTE PAREDES (STAR #16960); JON PEULECKE (STAR #17167) AND PEDRO VIANNA (STAR #3145).

2. These photographs will be produced pursuant to the Confidentiality Order entered in this case and will receive attorneys' eyes only designation, but for the exception outlined in paragraph 3, below.

3. Plaintiffs may view the photographs while in the presence of their counsel and only while at Plaintiffs' Counsel's office. Plaintiffs' Counsel agrees not to distribute the images to anyone, including Plaintiffs, or to allow anyone, including Plaintiffs, to take photographs of the images.

_____
MATTHEW F. KENNELLY
United States District Judge