UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
Eastern Division

Stephanie Bures, et al.
                        Plaintiff,

v.                                       Case No.: 1:19−cv−02040
                                                  Honorable Matthew F. Kennelly

The City of Chicago, et al.
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, December 20, 2019:

      MINUTE entry before the Honorable Matthew F. Kennelly: Rule 16(b) status hearing held with attorneys for all parties. Motion for leave to file additional appearance is to be filed by 12/27/2020. All parties are to advise the Court by 12/31/2020 whether they have any objection to the motion or whether they will seek recusal based on the appearance of additional counsel. 12/31/2019 deadline for production of certain records is extended to 2/3/2020 at City of Chicago's request. Status hearing is set for 2/3/2020 at 9:00 a.m. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.