IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| STEPHANIE BURES, for herself and on behalf of her minor children, TERRANCE JACKSON, JR., and SAMARI BOSWELL; KIQIANA JACKSON; JESSICA JACKSON; and ARKEYA BLANCHARD, <br><br> Plaintiffs, <br><br> v. <br><br> THE CITY OF CHICAGO; Chicago police officers JERALD WILLIAMS (star #3317); JOSEPH BISZEWSKI (#12014); LIEUTENANT JAMES D. CASCONE (#560); ALFREDO CASTRO (#9609); FERNANDEZ DELGADO (#6261); MATT DERCOLA (#15740); SAMUEL FLORES (#17305); ZACHARY GAMMONLEY (#15808); F. GARIBAY (#16358); SERGEANT GUNNEL (#2020); KEVIN MCKENDRY (#11564); PAUL MIESZALA (#15179); WASHINGTON MINA (#18599); JONATHAN MORLOCK (#15358); NICHOLAS NESIS (#3329); CHRISTOPHER PASCAL (#11996); VICENTE PAREDES (#16960); JON PEULECKE (#17167); and PEDRO VIANNA (#3145), <br><br> Defendants. | Case No. 19-cv-02040 <br><br> Judge Matthew F. Kennelly <br><br> Magistrate Judge Maria Valdez |

## MOTION FOR LEAVE TO ADD COUNSEL OF RECORD

NOW COMES Attorney RUBÉN CASTILLO of AKERMAN LLP, pursuant to Local Rule 83.17, and hereby requests the Court for Leave to File Motion to Add himself as Counsel of Record for Defendant THE CITY OF CHICAGO, and hereby states as follows:

1. Mr. Castillo, in his capacity as an attorney with Akerman LLP, has been retained to represent Defendant THE CITY OF CHICAGO in the above captioned case for the express purpose of trying to mediate the settlement of this matter and/or serve as primary trial counsel.

2. In the event this case needs to be tried, Mr. Castillo has attached as "Exhibit A" an Amended Attorney Appearance Form reflecting the renewal of his original 1982 trial bar membership.

3. Plaintiffs will not in any manner be prejudiced by this addition.

Date: <u>December 27, 2019</u>

Respectfully submitted,

/s/Rubén Castillo
AKERMAN LLP
71 South Wacker Drive
47th Floor
Chicago, IL 60606
Tel: (312) 634-5700
Fax: (312) 424-1905

# EXHIBIT A

# U.S. District Court for the Northern District Of Illinois
# AMENDED Attorney Appearance Form

Case Title: Stephanie Bures, et al. v. City of Chicago

Case Number: 19 CV 2040

An appearance is hereby filed by the undersigned as attorney for:

The City of Chicago

Attorney name (type or print): Rubén Castillo

Firm: Akerman LLP

Street address: 71 S. Wacker Dr., 47th Fl.

City/State/Zip: Chicago, IL 60606

Bar ID Number: 3124125
(See item 3 in instructions)

Telephone Number: 312-870-8002

Email Address: ruben.castillo@akerman.com

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ | ✓ |
| Are you acting as local counsel in this case? | ☐ | ✓ |
| Are you a member of the court's trial bar? | ✓ | ☐ |
| If this case reaches trial, will you act as the trial attorney? | ✓ | ☐ |

If this is a criminal case, check your status.

☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you

☐ Federal Defender

☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on December 27, 2019

Attorney signature: S/ Rubén Castillo

(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015