Querrey   Harrow 

Querrey & Harrow, Ltd.
175 West Jackson Boulevard
Suite 1600
Chicago, IL 60604-2827

TEL (312)540-7000
FAX (312)540-0578

querrey.com®

Larry S. Kowalczyk
Direct line: (312) 540-7616
lkowalczyk@querrey.com

Other Offices:
Joliet, IL
Waukegan, IL
Merrillville, IN

January 13, 2020

FILED
JAN 16 2020
JUDGE MATTHEW F. KENNELLY
UNITED STATES DISTRICT COURT



**VIA EMAIL: thomas_bruton@ilnd.uscourts.gov**
**Thomas G. Bruton, Clerk of the Court**
**United States Northern District, Eastern Division**
219 South Dearborn Street
Chicago, IL 60602

    Re:   *Bures v. The City of Chicago, et al.*
           Case No: 19 CV 02040
           Our File No.: 58527-LSK

Dear Clerk Bruton:

    We represent all Defendant Officers in the above matter, in which there is a pending Motion for Leave to Add Counsel of Record brought by Ruben Castillo of Akerman LLP. We have no objection to the motion, and will not seek Honorable Judge Matthew F. Kennelly's disqualification in the above-entitled matter.

                                      Very truly yours,

                                      Larry S. Kowalczyk

LSK:rs
Enclosure

    cc:   <u>Via Electronic Mail</u>:
          Al Hofeld, Jr.

          Marian Moore
          Raoul Mowatt
          Marques Berrington
          Kyle Rockershousen
          City of Chicago Department of Law, FCRL

Larry K.

**Larry S. Kowalczyk**
**Querrey & Harrow, Ltd.**
175 West Jackson Blvd., Suite 1600
Chicago, Illinois 60604
Phone: 312-540-7616
Fax: 312-540-0578
E-mail: lkowalczyk@querrey.com | Querrey.com ®



This e-mail, including attachments, is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521. It contains information that is confidential and it may be protected by the attorney/client or other privileges. This e-mail, including attachments, constitutes non-public information intended to be conveyed only to the designated recipients. If you are not an intended recipient, please delete the e-mail, including attachments, and notify sender by mail, e-mail, or at 312-540-7000. The unauthorized use, dissemination, distribution or reproduction of this e-mail, including attachments, is prohibited and may be unlawful. querrey.com





JAN 16 2020

JUDGE MATTHEW F. KENNELLY
UNITED STATES DISTRICT COURT

DEPARTMENT OF LAW
CITY OF CHICAGO

January 14, 2020

**VIA EMAIL**

Thomas G. Burton, Clerk of the Court
United States Northern District, Eastern Division
219 S. Dearborn Street
Chicago, IL 60602
Thomas_bruton@ilnd.uscourts.gov

Re: *Bures, et al. v. City, et al.*, 19 C 2040

Dear Clerk Burton:

    I represent the City of Chicago in the above-referenced case, in which there is a pending Motion for Leave to Add Counsel of Record filed by Ruben Castillo. Said motion was brought on behalf of the City. The City will not seek Honorable Judge Matthew F. Kennelly's disqualification in this matter.

                                            */s/ Marion C. Moore*
                                            Marion C. Moore
                                            Assistant Corporation Counsel Supervisor

cc:     All counsel of record (via email)

Law Offices of Al Hofeld, Jr., LLC
30 N. LaSalle, Suite 3120
Chicago, IL 60602
Phone-773-241-5844
Fax-312-372-1766
al@alhofeldlaw.com
www.alhofeldlaw.com

January 15, 2020

FILED

JAN 16 2020

JUDGE MATTHEW F. KENNELLY
UNITED STATES DISTRICT COURT

***VIA* EMAIL**

Thomas Bruton
Clerk of Court
U.S. District Court
Northern District of Illinois
219 S. Dearborn St., Suite 2050
Chicago, Il 60604
Thomas_Bruton@ilnd.uscourts.gov

Re: *Bures v. City of Chicago, et al.*, 19-cv-02040

Dear Clerk Bruton:

I represent all plaintiffs in this case. Plaintiffs do not oppose Judge Castillo's motion for leave to file an additional appearance for the City of Chicago. Plaintiffs do not seek recusal of Judge Kennelly.

Very truly yours.

Al Hofeld Jr.

Cc: All counsel of record (via email)