58527-LSK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| STEPHANIE BURES, for herself and on behalf of her minor children, TERRANCE JACKSON, JR., and SAMARI BOSWELL; KIQIANA JACKSON; JESSICA JACKSON: and ARKEYA BLANCHARD, <br><br> Plaintiffs, <br><br> v. <br><br> THE CITY OF CHICAGO; Chicago police officers JERALD WILLIAMS (star #3317); JOSEPH BISZEWSKI (#12014); LIEUTENANT JAMES D. CASCONE (#560); ALFREDO CASTRO (#9609); FERNANDEZ DELGADO; (#6261); MATT DERCOLA (#15740); SAMUEL FLORES (#17305); ZACHARY GAMMONLEY (#15808); F. GARIBAY (#16358); SERGEANT GUNNEL (#2020); KEVIN MCKENDRY (#11564); PAUL MIESZALA (#15179); WASHINGTON MINA (#18599); JONATHAN MORLOCK (#15358); NICHOLAS NESIS (#3329); CHRISTOPHER PASCAL (#11996); VINCENTE PAREDES (#16960); JON PEULECKE (#17167); and PEDRO VIANNA (#3145), <br><br> Defendants. | No. 19-cv-02040 <br><br> Judge Matthew F. Kennelly |

### STIPULATION TO DISMISS
### DEFENDANT OFFICERS BISZEWSKI, FLORES, PEULECKE and VIANNA

**NOW COME** the parties, by and through their respective attorneys of record, and hereby stipulate and agree to the following:

**IT IS HEREBY STIPULATED AND AGREED:** that DEFENDANT OFFICERS JOSEPH BISZEWSKI (#12014), SAMUEL FLORES (#17305), JON PEULECKE (#17167) and PEDRO VIANNA (#3145) are voluntarily dismissed from this action pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) without prejudice and with each Party bearing its own costs and attorneys' fees.

**WHEREFORE**, the parties request that the Court approve the foregoing stipulation and permit the above-named Defendants to be dismissed without prejudice and with each Party bearing its own costs and attorneys' fees.

Respectfully submitted,

| | |
|---|---|
| /s/ *Al Hofeld, Jr.* | /s/ *Larry S. Kowalczyk* |
| Al Hofeld, Jr., Esq. | Larry S. Kowalczyk |
| 30 N. LaSalle Street, Suite 3120 | Querrey & Harrow, Ltd. |
| Chicago, IL 60602 | 175 W. Jackson Blvd. |
| (773) 241-5844 | Suite 1600 |
| al@alhofeldlaw.com | Chicago, IL 60604-2827 |
| ***Counsel for Plaintiffs*** | (312) 540-7000 |
| | lkowalczyk@querrey.com |
| | ***Counsel for Defendant Officers Biszewski, Flores, Peulecke and Vianna*** |